**No. 67001.**—American Foreign Industries et al. *v.* United States, protests 301564–K, etc. (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines similar in all material respects to those the subject of *J. M. P. R. Trading Corp., Alltransport, Inc.* v. *United States* (43 C.C.P.A. 1, C.A.D. 600), the claim of the plaintiffs was sustained.

**No. 67002.**—Nylon Net Company and Joseph A. Paredes & Co. et al. *v.* United States, protests 58/8084, etc. (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of fish netting similar in all material respects to that involved in Abstract 63947, the claim of the plaintiffs was sustained.

**No. 67003.**—Universal Foreign Service, Gonset Division, and Young Spring & Wire et al. *v.* United States, protests 60/16524, etc.   (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of ammeters or meters similar in all material respects to those the subject of *Universal Foreign Service, Inc., Gonset Division et al.* v. *United States* (47 Cust. Ct. 183, C.D. 2300), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, SEPTEMBER 6, 1962

**No. 67004.**—U.S. Divers Co. *v.* United States, protests 61/438 and 61/10322 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

No. 67005.—U.S. Divers Co. v. United States, protest 61/19511 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of diving masks similar in all material respects to those the subject of Abstract 63864, the claim of the plaintiff was sustained.

No. 67006.—D. P. Harris Hdw. & Mfg. Co., Inc., et al. v. United States, protests 61/7842, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of bicycle horns similiar in all material respects to those the subject of G. Joannou Cycle Co., Inc. v. United States (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67007.—A. W. Faber Castell Pencil Co., Inc., and Import Export Service of N.J. v. United States, protests 268308–K and 275731–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of clutch or clamp pencils similar in all material respects to those the subject of J. S. Staedtler, Inc. v. United States (2 Cust. Ct. 484, C.D. 183), the claims of the plaintiffs were sustained.